DECEMBER 23, 1975

PEOPLE v RODRIGUEZ (PEOPLE v CORTEZ, PEOPLE v ASTRAN, PEOPLE v BERMUDEZ, and PEOPLE v LOPEZ). (Docket Nos. 57834–57839.) Defendants-appellants' motion for emergency consideration of their motion for continuation of bond is considered, and the same is hereby granted. The motion for continuation of bond pending appeal is considered, and the same is hereby denied, without prejudice to the filing of a motion for the continuation of bond pending appeal in the trial court. Defendants-appellants' motion for emergency consideration of their application for leave to appeal is considered, and the same is hereby denied. *Farhat, Burns & Story, P. C.,* for defendants-appellants. Case below, Court of Appeals Nos. 22686–22691, memorandum opinion of November 24, 1975.

TRIPLETT v CHRYSLER CORPORATION. (Docket Nos. 56912, 56916.) Rehearing denied. *Kelman, Loria, Downing, Schneider & Simpson* for plaintiff-appellant. *Hayim I. Gross* and *Lacey & Jones,* for defendant-appellee Chrysler Corporation. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *A. C. Stoddard,* Assistant Attorney General, for defendant-appellee Second Injury Fund. Reported at 394 Mich 518.

BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF DETROIT v MICHIGAN BELL TELEPHONE COMPANY. (Docket No. 55904.) Rehearing denied. *Riley & Roumell* for plaintiff-appellant. *John L. Vanker, Jack H. Shuler, Donald E. Brown,* and *Werner M. Killen* for defendant-appellee Michigan Bell Telephone Company. *Fischer, Franklin & Ford* for defendant-appellee Detroit Edison Company. Reported at 395 Mich 1.